*Law Offices of Jonathan J. Delshad, PC*
*11663 Sawtelle Blvd. Suite 220*
*Los Angeles, CA 90025*

# EXHIBIT 1

WELLS FARGO

*Wells Fargo Recruiting*

# Banker Assessment Presentation

## Purpose of the "Sell Our Products" Activity:

As a Personal Banker in our stores, you will be responsible for selling various banking products to customers (both existing customers and new customers). It is important as a Personal Banker not only to know our products but also to be able to voice the benefits they provide. In doing so, you will be able to provide the best service to our customers by offering products that best fits their financial needs. In addition to this, being able to address and overcome customer objections is important.

## Presentation Guidelines:

The following are instructions on what to do and what to expect for the presentation portion of your interview. The 5-7 minute presentation will be given standing up in front of Wells Fargo managers. Please feel free to enrich the presentation with the use of visual aids, brochures, handouts, etc. Additionally, there may be questions from the managers regarding your presentation.

## Instructions:

1. Go to the www.wellsfargo.com website and/or visit any of our local stores to pick up information from the displays and learn about the different products and services Wells Fargo offers.

2. Review and learn about our products and services.

3. Select three banking products (e.g. Checking, Savings, Online Banking, Bill Pay, Equity loans/lines, etc.) that you will research in further detail to decide how to sell.

4. Prepare a 5-7 minute (max) presentation on how you would go about selling these three banking products to a new customer. Include in this presentation details on how you would overcome objections from a potential customer who is currently banking with another financial institution and is receiving a product, service or benefit from our competitor that we don't offer.

Together we'll go far

